# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-mj-00146 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| ANTHONY HANCOCK, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for a hearing on May 8, 2023 Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

May 8, 2023

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge